# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                           CASE NO. 3:02CR5LAC

BRANDON S. GRAVATT

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 5, 2008

Motion/Pleadings: MOTION UNDER TITLE 18 U.S.C. § 3582©)(2)

Filed by DEFENDANT PRO SE   on 2/29/08   Doc.# 190

RESPONSES:

BY GOVERNMENT   on 3/7/08   Doc.# 192

  on   Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of March, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, defendant admitted that he should be held accountable for 9.6 kilos of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

*s/L.A. Collier*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

***LACEY A. COLLIER***
***Senior United States District Judge***

Document No.