FLN (Rev. 3/2007) Deficiency Order  
3:02CR5-01/LAC - UNITED STATES OF AMERICA vs. BRANDON S. GRAVATT

Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs                                    Case No.3:02CR5-01/LAC

BRANDON S. GRAVATT

_____

## ORDER

Your documents, **NON-RESPONSE TO "LETTER OF ADVICE/ROGATORY, CERTIFIED OFFSET BOND, NON-NEGOTIABLE CHARGEBACK, NON-NEGOTIABLE BILL OF EXCHANGE, ACCEPTANCE FOR VALUE, UCC-1 AND 1040-V**, etc. was referred to the undersigned with the following deficiencies:

The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

THE DEFENDANT HAS STILL NOT CORRECTED THE ABOVE DEFICIENCIES (pursuant to order previously entered on 3/23/09).

For these reasons, IT IS ORDERED that the Clerk shall return the documents to the filing party.

DONE and ORDERED this 3rd  day of April, 2009.

                                             *s/L.A. Collier*  
                                             LACEY A. COLLIER  
                                             SENIOR UNITED STATES DISTRICT JUDGE